

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Nathan Altenhofen,            * From the 446th District Court
                                      of Ector County,
                                      Trial Court No. CC2-24,836.

Vs. No. 11-18-00168-CV            * August 9, 2018

                                   * Per Curiam Memorandum Opinion
Christina Bush,                      (Panel consists of: Willson, J.;
                                      Bailey, J.; and Wright, S.C.J.,
                                      sitting by assignment)
                                      (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.